DAMPSKIBS AKTIESELSKABET ELDRID, a Corporation, Respondent, *v.* GUISIPPINA PARASCANDOLA, as Administratrix of the Estate of JOSEPH AUDITORE, Deceased, Appellant, Impleaded with Another.

(Argued January 23, 1934; decided February 27, 1934.)

*Edward H. Wilson* and *John J. Kean* for appellant.

*Edgar R. Kraetzer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not voting: KELLOGG, J.